Patricia Lee (8287)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
plee@hutchlegal.com
tprall@hutchlegal.com

*Attorneys for Defendants Americare, Inc.
Mario Gonzalez and Jennifer Gonzalez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELEVATION HEALTH, LLC, a foreign limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICARE, INC., a domestic corporation; MARIO GONZALEZ, individually; JENNIFER GONZALEZ, individually; DOES I through X; and ROE CORPORATIONS I through X,<br><br>  Defendants. | CASE NO.: 2:22-cv-01590-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

   Plaintiff Elevation Health LLC ("Plaintiff") and Defendants Americare, Inc., Mario Gonzalez and Jennifer Gonzalez (collectively "Defendants,") and collectively with Plaintiff, the "Stipulating Parties"), by and through their respective counsel, hereby stipulate as follows:

   WHEREAS, Plaintiff filed its Complaint on September 21, 2022;

   WHEREAS, Defendants Mario Gonzalez and Jennifer Gonzalez were served on October 4, 2022 with their response due on October 25, 2022 (Dkts. 5-6);

   WHEREAS, Defendant Americare, Inc. was served on October 13, 2022 with its response due on November 3, 2022 (Dkt. 7);

WHEREAS, Defendants have recently retained counsel;

WHEREAS, the Stipulating Parties agree that good cause exists to extend the time for Defendants to answer, move, or otherwise respond to the Complaint to November 21, 2022;

WHEREAS, the Stipulating Parties have not previously requested or agreed to any extension of time for Defendants to respond to the Complaint; and

WHEREAS, this change will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Stipulating Parties, through their respective counsel, that the time for Defendants to answer, move, or otherwise respond to the Complaint shall be extended to November 21, 2022.

**IT IS SO STIPULATED.**

DATED this 8th day of November, 2022.

| COHAN PLLC | HUTCHISON & STEFFEN, PLLC |
|---|---|
| */s/ Chasen Cohan* | */s/ Todd W. Prall* |
| Chasen Cohan (12349)<br>6718 W. Sunset Rd., Suite 150<br>Las Vegas, NV 89118 | Patricia Lee (8287)<br>Todd W. Prall (9154)<br>Peccole Professional Plaza<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145 |
| *Attorneys for Elevation Health* | |
| | *Attorneys for America, Inc, Mario Gonzalez and Jennifer Gonzalez* |

**IT IS SO ORDERED.**

Dated:  November 9, 2022

_____
United States Magistrate Judge