Todd W. Prall, Esq. (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
tprall@hutchlegal.com

*Attorneys for Defendants, Counterclaimant and Third-Party Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELEVATION HEALTH LLC, a foreign limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICARE, INC., a domestic corporation; MARIO GONZALEZ, individually; JENNIFER GONZALEZ, individually; DOES I through X; and ROE CORPORATIONS I through X,<br><br>            Defendants.<br><hr>AMERICARE, INC., a domestic corporation;<br><br>            Counter-claimant,<br><br>    vs.<br><br>ELEVATION HEALTH, LLC, a foreign limited liability company and DOES 11 through 20,<br><br>            Counter-defendants.<br>_____<br>AMERICARE, INC., a domestic corporation,<br><br>            Third-Party Plaintiff,<br><br>    vs. | Case No. 2:22-cv-01590-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT GARY ROMANIK TO RESPOND TO AMERICARE, INC'S THIRD-PARTY COMPLAINT**<br>**(First Request)** |

GLOBAL HEALTH SUPPLY, LLC, a Nevada limited liability company; JENNIFER PIKE aka "JENNIFER CAPRI", an individual; ROBERT EKSTEDT, an individual; CHARLES KASBEE, an individual; SILVER PEAKS HOLDINGS, LLC, a Wyoming limited liability company; SGH USA, an unknown entity; GARY ROMANIK, an individual and DOES 21 through 30,

Third-Party Defendants.

Third-Party Plaintiff, AMERICARE, INC. ("Americare") by and through its counsel of record, Todd W. Prall, Esq., and Third-Party Defendant, GARY ROMANIK ("Romanik"), hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Romanik to answer or otherwise respond to Americare's Third-Party Complaint to January 23, 2023. This is the first stipulation for extension of time for Mr. Romanik to answer or otherwise respond to Americare's Third-Party Complaint.

Good cause exists for this extension given that Mr. Romanik is located in California and is still in the process of finding qualified counsel to represent him in this matter, which has been particularly difficult due to the holiday season. Further, once he finds qualified counsel, counsel will need time to familiarize themselves with this matter and prepare a response to Americare's Third-Party Complaint.

This Stipulation is made in good faith and is not for the purpose of delay.

DATED this 4th day of January, 2023

HUTCHISON & STEFFEN, PLLC

/s/ Todd W. Prall
_____
Todd W. Prall (9154)
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
tprall@hutchlegal.com

*Attorneys for Third-Party Claimant Americare, Inc.*

DATED this 4th day of January, 2023

/s/ Gary Romanik
_____
Gary Romanik
13600 Marina Pointe Drive, #501
Marina del Rey, CA 90292
GRomanik@twinholdingsla.com

*Temporarily Pro Se Third-Party Defendant*

IT IS SO ORDERED.
Dated: January 5, 2023

_____
United States Magistrate Judge