# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELEVATION HEALTH LLC,

    Plaintiff(s),

v.

AMERICARE, INC., et al.,

    Defendant(s).

Case No. 2:22-cv-01590-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by January 17, 2023.

    IT IS SO ORDERED.

    Dated: January 10, 2023

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge