FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 23 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Gary Romanik
GRomanik@twinholdingsla.com
13600 Marina Pointe Drive, #501
Marina del Rey, CA 90292
310.488.6898

*Temporarily pro se third-party defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELEVATION HEALTH LLC, a foreign limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICARE, INC., a domestic corporation; MARIO GONZALEZ, individually; JENNIFER GONZALEZ, individually; DOES I through X; and ROE CORPORATIONS I through X <br><br> Defendant(s) | Case No. 2:22-cv-01590-GMN-NJK <br><br> **STIPLATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT GARY ROMANIK TO RESPOND TO AMERICARE, INC.'S THIRD-PARTY COMPLAINT** <br><br> (Second Request) |
| AMERICARE, INC., a domestic corporation, <br><br> Counter-claimant, <br><br> vs. <br><br> ELEVATION HEALTH, LLC, a foreign limited liability company and DOES 11 through 20, <br><br> Counter-defendants. | |
| AMERICARE, INC., a domestic corporation, <br><br> Third-Party Plaintiff <br><br> vs. <br><br> GLOBAL HEALTH SUPPLY, LLC, a Nevada limited liability company; JENNIFER PIKE aka "JENNIFER CAPRI", an individual; ROBERT EKSTEDT, an individual; | |

1

| | |
|---|---|
| CHARLES KASBEE, an individual; SILVER PEAKS HOLDINGS, LLC, a Wyoming limited liability company; SGH USA, an unknown entity; GARY ROMANIK, an individual and DOES 21 through 30, | ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

Third-Party Plaintiff, AMERICARE, INC. ("Americare") by and through its counsel of record, Todd W. Prall, Esq., and Third-Party Defendant, GARY ROMANIK ("Mr. Romanik"), hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Mr. Romanik to answer or otherwise respond to Americare's Third-Party Complaint to February 8, 2023. This is the second stipulation for extension of time for Mr. Romanik to answer or otherwise response to Americare's Third-Party Complaint.

Good cause exists for this extension given that Mr. Romanik is located in California, just recently found qualified counsel to represent him in this matter, and is still in the process of securing funds in order pay counsel's retainer to engage him. Further, once Mr. Romanik engages counsel, counsel will need time to familiarize himself with this matter and prepare a response to Americare's Third-Party Complaint.

This Stipulation is made in good faith and is not for the purpose of delay.

DATED: January 23, 2023

HUTCHISON & STEFFEN, LLC

By: /s/ Todd W. Prall
Todd W. Prall (9154)
tprall@hutchlegal.com
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Third-Party Claimant Americare, Inc.*

DATED: January 23, 2023

By: /s/ Gary Romanik
Gary Romanik
GRomanik@twinholdingsla.com
13600 Marina Pointe Drive, #501
Marina del Rey, CA 90292
*Temporarily Pro Se Third-Party Defendant*

**GRANTED, but no further extensions will be allowed.**
**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

2