# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELEVATION HEALTH LLC,

    Plaintiff(s),

v.

AMERICARE, INC., et al.,

    Defendant(s).

Case No. 2:22-cv-01590-GMN-NJK

**Order**

On December 7, 2023, the Court set a settlement conference for February 13, 2024. Docket No. 64. On December 27, 2023, Defendant Americare filed a notice of bankruptcy. Docket No. 66. The Court hereby **SETS** as a telephonic status conference regarding the settlement conference for 2:00 p.m. on February 12, 2024. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: February 9, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge