# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELEVATION HEALTH LLC,<br>    Plaintiff(s),<br>v.<br>AMERICARE, INC., et al.,<br>    Defendant(s). | Case No. 2:22-cv-01590-GMN-NJK<br>**Order** |

On February 12, 2024, the Court ordered the parties to file a stipulation with dates on which they are available for a settlement conference. Docket No. 69. The parties were ordered to file that stipulation by February 20, 2024. *Id.* On March 5, 2024, the parties filed an untimely stipulation with dates on which they are available for a <u>status</u> conference. Docket No. 70.[1] Because the untimely stipulation is not responsive to the Court's order, it is **DENIED**.

The parties are ordered to file a stipulation with dates on which all required participants are available for a settlement conference by March 12, 2024. If the parties believe that a settlement conference should not proceed at this juncture, then they must so explain in their written filing.

IT IS SO ORDERED.

Dated: March 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] It is not clear why the parties believe a further status conference is warranted. If the parties believe a settlement conference should not proceed at this juncture in light of the bankruptcy proceedings, they have not so stated.